IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

RONNIE WATSON BURTON

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:06-0018
                                  (Criminal No. 1:04-00175)

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT ORDER

Consistent with the Memorandum Opinion and Order filed this day, the court hereby **DENIES** plaintiff's § 2255 motion, **DISMISSES** the case, and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to send a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 2nd day of March, 2009.

                                  ENTER:

                                  */s/ David A. Faber*

                                  David A. Faber
                                  Senior United States District Judge